# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

STEVE MORENO,

              Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.*,

              Defendants.

2:16-cv-00766-RFB-VCF
**<u>MINUTE ORDER</u>**

Before the Court is the Motion to Withdraw as Attorneys of Record for Plaintiff Steve Moreno (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorneys of Record for Plaintiff Steve Moreno (ECF No. 19) is scheduled for 3:00 p.m., January 5, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that counsel for Mr. Moreno must do their best efforts to inform Plaintiff of the scheduled hearing and that Mr. Moreno's presence is mandatory at the hearing.

DATED this 7th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE