Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
STEPHEN P. STUBBS, ATTORNEY AT LAW
626 South Third Street
Las Vegas, NV 89101
Telephone: (702) 493-1040
Facsimile: (702) 293-3289
stephen@stephenstubbs.com

Jared R. Richards, Esq.
Nevada Bar No. 11254
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
*Attorneys for Plaintiff*
*Steve Moreno*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MORENO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER DANIEL GARMENDIA, an individual,<br><br>Defendants. | CASE NO. 2:16-cv-00766-RFB-VCF<br><br>**MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR PLAINTIFF STEVE MORENO** |

COMES NOW, STEPHEN P. STUBBS, ATTORNEY AT LAW and JARED R. RICHARDS, ESQ. OF CLEAR COUNSEL LAW GROUP, and hereby request a continuance of the hearing on Motion to Withdraw as Attorneys of Record for Plaintiff Steve Moreno for a

. . .

. . .

. . .

. . .

. . .

period of one to two weeks. The continuance is requested to allow counsel additional time to attempt to locate Mr. Moreno.

DATED this 5 day of January, 2017.

CLEAR COUNSEL LAW GROUP

_____
Jared R. Richards, Esq.
Nevada Bar No. 11254
50 S. Stephanie Street, Suite 101
Henderson, NV 89012

STEPHEN P. STUBBS, ATTORNEY AT LAW
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
626 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Steve Moreno*

## ORDER

This Court having reviewed Counsel's Motion to Continue Hearing on Motion to Withdraw as Attorneys of Record for Plaintiff for Steve Moreno, and for good cause appearing hereby

ORDERS ADJUDGES AND DECREES that the Hearing on Motion to Withdraw as Attorneys of Record for Plaintiff Steve Moreno currently scheduled for January 5, 2017, at 3:00 p.m., shall be continued to the 20th day of January, 2017, at the hour of 3:30 p.m. .m. to allow counsel additional time to attempt to locate Mr. Moreno.

IT IS SO ORDERED.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

January 5, 2017

-2-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR STEVE MORENO was served via the Court's electronic filing system.

DATED this 5th day of January, 2017.

_____
An Employee of Clear Counsel Law Group